# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

TAMAH JADA CLARK,

      Plaintiff,

vs.                              CASE NO.  3:17cv438/MCR/EMT

STATE OF FLORIDA,

      Defendant.

_____/

# O R D E R

      This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 5, 2017.  ECF No. 3.  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

      Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.     The removal is **DISMISSED** as improper and the clerk is directed to **REMAND** this case, which includes state court case numbers 2016-CF-003022-A and 2016-CF-003027-A, to the Circuit Court in and for Escambia County, Florida.

     **DONE AND ORDERED** this 4th day of August, 2017.


                         s/ *M. Casey Rodgers*
                         **M. CASEY RODGERS**
                         **CHIEF UNITED STATES DISTRICT JUDGE**